UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUDITH DRAKE**<br><br>                Plaintiff,<br><br>v.<br><br>**NATIONAL LIFE INSURANCE COMPANY**<br><br>                Defendant, Third-Party Plaintiff<br><br>v.<br><br>**STEVEN A. FISHMAN**<br><br>                Third-Party Defendant. | Civil Action No.<br><br>2:17-cv-3170-JS |

## ORDER

**THIS MATTER** having come before the Court on Third-Party Defendant, Steven A. Fishman's, Motion to Dismiss and Strike the Third-Party Complaint, and the Court having received and reviewed the moving papers and any opposition submitted thereto, and for good cause having been shown;

**IT IS**, on this _____ day of _____, 2018, **ORDERED** and **DECREED** that Defendant/Third-Party Plaintiff's Third-Party Complaint is hereby **DISMISSED WITH PREJUDICE.**

 

                                                                                                                                                               J.